**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00762-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RANDAL M. YARBROUGH,
HEATHER J. YARBROUGH,
COLORADO DEPARTMENT OF REVENUE, and
HUERFANO COUNTY TREASURER,

    Defendants.
_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    The Motion for Withdrawal of Appearance (Doc 22 - filed January 20, 2009) is **GRANTED**. Carolyn Lievers and Jennifer Knudsen are allowed to withdraw as counsel for Defendant Colorado Department of Revenue. Defendant Colorado Department of Revenue will continue to be represented by Claudia Brett Goldin, First Assistant Attorney General.

Dated: January 22, 2009
_____