**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00762-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RANDAL M. YARBROUGH,
HEATHER J. YARBROUGH,
COLORADO DEPARTMENT OF REVENUE, and
HUERFANO COUNTY TREASURER,

       Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendants Randal Yarbrough and Heather Yarbrough's Petition for Reconsideration With Objections to Alleged Judgment and Foreclosure Action on Real Property with Supporting Affidavits (Doc 28 - filed February 23, 2009) is **DENIED**.

Dated: February 24, 2009
_____